## UNITED STATES v. MAY CO.

**No. 5955.**—Invoice dated Belfast, Ireland, September 6, 1941.
Certified September 8, 1941.
Entered at Cleveland, Ohio, October 17, 1941.
Entry No. 194.

(Decided November 17, 1943)

*Paul P. Rao*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the plaintiff.
*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the defendant.

EKWALL, Judge: This is an appeal by the collector of customs at the port of Cleveland, Ohio, under the provisions of section 501 of the Tariff Act of 1930, from findings of value made by the appraiser of merchandise at that port.

The merchandise consists of cotton and rayon damask imported from England. On entry the importer added to the *per se* prices the cost of inside cases, inside boxes, outside cases and packing, in conformity with section 402 of the Tariff Act of 1930, which provides that the cost of all containers shall be included in the dutiable value. The importer was allowed to amend his entry under the provisions of section 487 of the same act, and in making such amendment to the entered value he failed to add the cost of the inside boxes. The appraiser checked the entered value as correct.

At the hearing it was conceded by counsel for the defendant, the importer of the merchandise, that the costs of the inside boxes are properly included in the dutiable value and that they were omitted from the appraised values.

We therefore find that the value of the cotton and rayon damask is as set forth in the amended entry, plus the cost of the inside boxes, as invoiced, and that such value is the export value as defined in section 402 (d) of the Tariff Act of 1930.

Judgment will be rendered accordingly.